UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

FILED BY _____ D.C.

MAY 1 9 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

IN RE SEALED INDICTMENT

_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrants, and this order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this _19_ day of May, 2015.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

cc: Jennifer C. Nucci AUSA